**MDL 1715**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2006

FILED
CLERK'S OFFICE

PLEADING NO. 122

PROCHNIAK WEISBERG, P.C.
Matthew B. Weisberg
PA Atty ID: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-7401

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In Re Ameriquest Mortgage Co.
Mortgage Lending Practices Litigation

No.: MDL-1715

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINCENT AND MARJORIE LASORSA,
INDIVIDUALLY AND AS H/W
1334 LIMEKILN PIKE
DRESHER, PA 19025

Plaintiffs,

v.

AMERIQUEST MORTGAGE CO.
1100 TOWN AND COUNTRY ROAD.
ORANGE, CA 92868
and
BLS FUNDING CORP.
125 JERICO TURNPIKE
JERICHO, NY 11753

Defendants.

No.: 2:06-CV-944-ER (PAE)

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-5) IN RE AMERIQUEST MOTGAGE CO MORTGAGE LENDING PRACTICES LITIGATION

To the Clerk:

Plaintiffs' herein oppose transfer in the above matter pursuant to Conditional Transfer Order (CTO-5)-Tag-Along Actions, Docket No. 1715. <u>Rule of Procedure of the Judicial Panel on Multi-District Litigation</u>, Rule 7.4 (199 F.R.D. 425, 435-36 (2001)); 28 USC §1407; 408 F.Supp.2d 1354 (J.P.M.L. 2005).

/s/Matthew B. Weisberg
Matthew B. Weisberg

**OFFICIAL FILE COPY**

IMAGED JUL 17 2006

**PROCHNIAK WEISBERG, P.C.**
**Matthew B. Weisberg**
PA Atty ID: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-7401

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In Re Ameriquest Mortgage Co. : | |
| Mortgage Lending Practices Litigation : | |
| : | No.: MDL-1715 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT AND MARJORIE LASORSA, : | |
| INDIVIDUALLY AND AS H/W : | |
| 1334 LIMEKILN PIKE : | |
| DRESHER, PA  19025 : | |
| Plaintiffs, : | No.: 2:06-CV-944-ER (PAE) |
| : | |
| v. : | |
| : | |
| AMERIQUEST MORTGAGE CO. : | |
| 1100 TOWN AND COUNTRY ROAD. : | |
| ORANGE, CA  92868 : | |
| and : | |
| BLS FUNDING CORP. : | |
| 125 JERICO TURNPIKE : | |
| JERICHO, NY  11753 : | |
| Defendants. : | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Matthew B. Weisberg, Esquire, hereby certify that on this 16th day of July 2006, a true and correct copy of the Notice of Opposition was served regular mail upon the following parties:

Sandhya M. Feltes
Kaplin Stewart
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell, PA 19422
C/o Ameriquest Mortgage Co.

Kimberly Frascella
Marks, O'Neil, O'Brian & Courtney
1800 JFK BLVD, Suite 1200
Philadelphia, PA 19103
C/o BLS Funding Corp.

PROCHNIAK WEISBERG, P.C.

BY:  __/s/Matthew B. Weisberg_____
MATTHEW B. WEISBERG
Attorney for Plaintiffs'