# MDL 1715

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2006

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION : <br><br>*Vincent Lasorsa, et al. v. Ameriquest Mortgage Co., et al.* : <br>PA. Eastern District No.: 06-944 : | MDL Docket No. 1715 |

PLEADING NO. 131

## MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

**PLEASE TAKE NOTICE** that, upon the accompanying Brief in Support, Defendant, BLS Funding Corp., hereby moves, pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, to vacate the Conditional Transfer Order (CTO-5) of the Judicial Panel on Multidistrict Litigation, that conditionally transferred the above-captioned action for consolidation with *In re: Ameriquest Mortgage Company Mortgage Lending Practices Litigation*, MDL-1715.

Respectfully Submitted,
**MARKS, O'NEILL, O'BRIEN &
COURTNEY, P.C.**

By: /s/ Kimberly Frascella
Kimberly Frascella, Esquire
1800 John F. Kennedy Boulevard
Suite 1900
Philadelphia, PA 19103
(215) 564-6688
(215) 564-2526
Attorney for BLS Funding Corp.

July 31, 2006

PH153056.1

**OFFICIAL FILE COPY**

IMAGED AUG - 3 2006

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE COMPANY
MORTGAGE LENDING PRACTICES LITIGATION

*Vincent Lasorsa, et al. v. Ameriquest Mortgage Co., et al.*
PA. Eastern District No.: 06-944

MDL Docket No. 1715

## BRIEF IN SUPPORT OF MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Defendant, BLS Funding Corp., through undersigned counsel, and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, respectfully submit this Motion and Brief to Vacate the Conditional Transfer Order in further support of their Notice of Opposition to the proposed transfer of *Vincent Lasorsa, et al. v. Ameriquest Mortgage Co., et al.*

### ARGUMENT

The keystone to whether the Panel should transfer *Vincent Lasorsa, et al. v. Ameriquest Mortgage Co., et al.* (hereinafter, "*Lasorsa*") for consolidation with In Re: Ameriquest Mortgage Company Mortgage Lending Litigation, MDL No. 1715, is whether such a transfer "will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407.

The statute authorizing transfer (and consolidation) of multidistrict actions, 28 U.S.C. § 1407, is a venue statute that allows the Judicial Panel on Multidistrict Litigation to override a plaintiff's choice of forum when three factors are present: (1) "one or more common questions of fact are pending in different districts," (2) a transfer would serve "the convenience of parties and

PH153056.1

witnesses," and (3) a transfer would "promote the just and efficient conduct of [the] actions." Pinney v. Nokia, Inc., 402 F.3d 430, 451-452 (4th Cir. 2005). However, "the policies behind venue provisions designed to operate in the context of single independent actions [can not] prevail, in a multidistrict context, over the Panel's statutory mandate to weigh the interests of all the plaintiffs and all the defendants and to consider multidistrict litigation as a whole in light of the purposes of the law." See In re Vernitron Sec. Litigation, 462 F. Supp. 391, 394 (J.P.M.L. 1979).

Transferring this matter will not serve the convenience of parties and witnesses. Plaintiffs are residents of Pennsylvania. Witness to be presented on behalf of BLS Funding are located only a couple hours a way from Philadelphia.

Moreover, discovery in this matter is nearing completion, as the discovery deadline is September 20, 2006. It would be inefficient for the matter to be transferred to the MDL in such close proximity to its conclusion. Transferring this matter will significantly extend the time that any of the parties will see a resolution in the matter and therefore, will not promote the just and efficient conduct of this action.

While consolidation under § 1407 is generally necessary to prevent duplication of discovery, eliminate the possibility of conflicting pretrial rulings and conserve the efforts of the parties, the witnesses, and the judiciary, the record is clear that none of those situations apply. See In re Vernitron Sec. Litigation, 462 F. Supp. 391, 393 (J.P.M.L. 1978). At this point, it would be unjust to transfer this case, as parties have had sufficient time to prepare their cases.

Lastly, Plaintiffs' counsel is also opposing such transfer. Clearly, any transfer would not be for the convenience of parties and witnesses.

PH153056.1

## CONCLUSION

For the reasons stated herein, Defendant, BLS Funding Corp., respectfully requests that the Panel grant Defendant's Motion to Vacate.

>Respectfully Submitted,
>**MARKS, O'NEILL, O'BRIEN &**
>**COURTNEY, P.C.**
>
>By: *[signature]*
>Kimberly Frascella, Esquire
>1800 John F. Kennedy Boulevard
>Suite 1900
>Philadelphia, PA 19103
>(215) 564-6688
>(215) 564-2526
>Attorney for BLS Funding Corp.

Dated: July 31, 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2006

**CERTIFICATE OF SERVICE**

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 31st day of July, 2006 to all persons on the service list.

Sandhya M. Feltes
Kaplin, Stewart, Meloff, Reiter & Stein
350 Sentry Pkwy., Bldg. 640
Blue Bell, PA 19422

Matthew B. Weisberg
Prochniak, Poet & Weisberg, P.C.
7 South Morton Avenue
Morton, PA 19070

Kelly M. Dermody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery St., 30th Floor
San Francisco, CA 94111

Gary E. Klein
Roddy, Klein & Ryan
727 Atlantic Ave.
2nd Floor
Boston, MA 02111

Bernard E. LaSage
Buchalter, Nember, Fields & Younger
1000 Wilshire Blvd.
15th Floor
Los Angeles, CA 90017

Aaron Myers
Fenwick & West, LLP
801 California St.
Mountain View, CA 94041

Terry A. Smilyjanich
James, Hoyer, Newcomer & Smiljanich, P.A.
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2517

PH153056.1

Thomas J. Wiegand
Winston & Strawn, LLP
35 West Wacker Dr., 45th Floor
Chicago, IL 60601

_Kimberly Frascella_
Kimberly Frascella, Esq.

PH153056.1