MDL 1715

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2006

FILED
CLERK'S OFFICE

PLEADING NO. 132

**PROCHNIAK WEISBERG, P.C.**
Matthew B. Weisberg
PA Atty ID: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-7401

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In Re Ameriquest Mortgage Co.          :
Mortgage Lending Practices Litigation  :
                                       :  No.: MDL-1715

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINCENT AND MARJORIE LASORSA,          :
INDIVIDUALLY AND AS H/W                :
1334 LIMEKILN PIKE                     :
DRESHER, PA 19025                      :
                Plaintiffs,            :  No.: 2:06-CV-944-ER (PAE)
                                       :
        v.                             :
                                       :
AMERIQUEST MORTGAGE CO.                :
1100 TOWN AND COUNTRY ROAD.            :
ORANGE, CA 92868                       :
            and                        :
BLS FUNDING CORP.                      :
125 JERICO TURNPIKE                    :
JERICHO, NY 11753                      :
                Defendants.            :

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER

For the reasons set forth in the accompanying Memorandum in Support of Motion to Vacate Conditional Transfer Order, Plaintiffs' aver in support of their Motion to Vacate Conditional Transfer Order that there exists in the above matter:

(1) Individualized factual issues;

(2) Transfer will not be for the convenience of parties and witnesses; and

(3) Transfer will not promote judicial efficiency or justice. 28 USC§1407(a).

OFFICIAL FILE COPY

IMAGED AUG - 3 2006

2006 JUL 31 A 10: 23
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

For the foregoing reasons, the Conditional Order in this particular action should be vacated. not made final and not transmitted to the Clerk of the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Matthew B. Weisberg, Esquire

**PROCHNIAK WEISBERG, P.C.**
Matthew B. Weisberg
PA Atty ID: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-7401

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | No.: MDL-1715 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT AND MARJORIE LASORSA, INDIVIDUALLY AND AS H/W 1334 LIMEKILN PIKE DRESHER, PA 19025 <br>     Plaintiffs, <br> v. <br> AMERIQUEST MORTGAGE CO. 1100 TOWN AND COUNTRY ROAD. ORANGE, CA 92868   and <br> BLS FUNDING CORP. 125 JERICO TURNPIKE JERICHO, NY 11753 <br>     Defendants. | No.: 2:06-CV-944-ER (PAE) |

# MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER

This Court has entered a Conditional Transfer Order which includes the above Action. For the reasons set forth below, the Order should be vacated, not made final and not transmitted to the Clerk of the United States District Court for the Eastern District of Pennsylvania.

The three prerequisites to transfer under the multi-district litigation statute are: (1) "one or more common questions of fact," (2) transfer must be "for the convenience of parties and witnesses," and (3) transfer must "promote the just and efficient conduct of such actions." 28 U.S.C.

§1407(a). These requirements are to a substantial extent interrelated. Each will be discussed in turn below.

In general, transfer is not warranted where there are few common questions of fact, and the ones that exist are not complex and do not predominate the individual factual issues. *See, e.g., In re Asbestos School Prods. Liab. Litig.*, 606 F.Supp. 713, 714 (J.P.M.L. 1985); *In re Westinghouse Elec. Corp. Employment Discrimination Litig.*, 438 S. Supp. 937, 939 (J.P.M.L. 1977); *In re U.S. Navy Variable Reenlistment Bonus Litigation*, 407 F.Supp. 1405, 1407 (J.P.M.L. 1976). Here, there are only individual factual issues.

This case was filed against Ameriquest <u>and BLS Funding</u> (an independent and separately represented mortgage broker which forms the target defendant) and now is the subject of solely state court claims (Counts) and RESPA violations. In short, BLS concealed a pre-payment penalty from Plaintiffs. While Plaintiffs continue to pursue their action against Ameriquest, same does not arise out of Ameriquest's "bait and switch" tactics which form the basis for this conditional transfer, but rather Ameriquest's liability (whether Breach of Contract, vicarious liability, agency, etc.) primarily with regards to its relationship to BLS and generally not its independent relationship to Plaintiffs.

The above constitutes individualized factual issues not otherwise forming the basis for conditional transfer.

At present, written discovery is complete, Plaintiff, Vincent Lasorsa has been deposed, Defendants' Motions to Dismiss have been adjudicated, remaining depositions are scheduled to be soon conducted, and the discovery deadline expires on September 20, 2006. All eyewitnesses are either located in Pennsylvania (Plaintiffs) or New York (BLS). Ameriquest's corporate designee (California) has agreed to be deposed via videoconference, which is scheduled on the same day as the above-indicated deposition. After these depositions, this matter will be ripe for settlement discussions.

The convenience of the witnesses and parties will not be served by transfer.

Even if a global settlement concerning Ameriquest were to be reached via multi-district litigation, Plaintiffs' could not consent, BLS being their

primary target and not included. Moreover, the court has conducted an initial conference, adjudicated Defendants' Motions to Dismiss after a lengthy hearing upon same, has reviewed a discovery motion and two (2) motions for sanctions (one of which is still pending), and has such familiarity so as to have expressed a record comment that Ameriquest may not even be a proper end party in this matter.

Therefore, efficiency and judicial economy will not be served by transfer.

Moreover, given the individualized nature of the factual issues which will determine the outcome of this case, pre-trial motions will not be dispositive of plaintiffs' claims. For the same reason, this case would again not be part of a global settlement even if one were to be reached in the multi-district litigation.

Transfer would not further the efficiency purposes of the multidistrict litigation statute. *See, e.g., In re "Lite Beer" Trademark Litig.*, 437 F. Supp. 754, 755 (J.P.M.L. 1977)); *In re Cessna Aircraft Distributorship Antitrust Litigation*, 460 F. Supp. 159 (J.P.M.L. 1978); *In re Asbestos School Prods. Liab. Litig.*, (Nl. VI), 771 S. Supp. 415, 418 (J.P.M.L. 1991); *In re Cable Tie Patent Litig.*, 487 F. Supp. 1351, 1354 (J.P.M.L. 1980); *In re Brandywine Associates Antitrust & Mortg. Foreclosure Litigation*, 407 F. Supp. 236, 238 (J.P.M.L. 1976); *In re Bourns Patent Litigation*, 385 F Supp 1260 (J.P.M.L. 1974); *In re McDonnell Douglas "Wild Weasel AN/APR-38" Contract Litigation,* 415 F Supp 387 (J.P.M.L. 1976).]

## CONCLUSION

For the foregoing reasons, the conditional order of transfer in this particular action should be vacated, not made final and not be transmitted to the Clerk of the United States District Court for The Eastern District of Pennsylvania.

Respectfully submitted,

Matthew B. Weisberg, Esquire

**PROCHNIAK WEISBERG, P.C.**
**Matthew B. Weisberg**
PA Atty ID: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-7401

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In Re Ameriquest Mortgage Co.     :
Mortgage Lending Practices Litigation   :
                                  :   No.: MDL-1715

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINCENT AND MARJORIE LASORSA,     :
INDIVIDUALLY AND AS H/W           :
1334 LIMEKILN PIKE                :
DRESHER, PA 19025                 :
            Plaintiffs,           :   No.: 2:06-CV-944-ER (PAE)
                                  :
        v.                        :
                                  :
AMERIQUEST MORTGAGE CO.           :
1100 TOWN AND COUNTRY ROAD.       :
ORANGE, CA 92868                  :
        and                       :
BLS FUNDING CORP.                 :
125 JERICO TURNPIKE               :
JERICHO, NY 11753                 :
            Defendants.           :

### CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, attorney for plaintiffs hereby certify that I served a true and correct copy of the foregoing Motion and Brief in Support of Notice of Opposition was served by United States Mail, first class, postage prepaid, on the 28th day of July, 2006, upon the following:

                              See Exhibit A

Date: 7/28/06                 _____
                              MATTHEW B. WEISBERG
                              Attorney for Plaintiff

# PANEL SERVICE LIST (Excerpted from CTO-5)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

*Vincent Lasorsa, et al. v. Ameriquest Mortgage Co., et al.,* E.D. Pennsylvania, C.A. No. 2:06-944

Sandhya M. Feltes
Kaplin Stewart
350 Sentry Parkway
Building 640
Blue Bell, PA 19422-0765

Kimberly M. Frascella
Marks, O'Neill, O'Brien & Courtney
1800 John F. Kennedy Blvd.
Suite 1900
Philadelphia, PA 19103

Kelly M. Dermody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

Gary E. Klein
Roddy Klein & Ryan
727 Altantic Avenue
2nd Floor
Boston, MA 02111

Bernard E. LeSage
Buchalter, Nemer, Fields & Younger
1000 Wilshire Blvd.
15th Floor
Los Angeles, CA 90017

Aaron Myers
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041

Terry A. Smiljanich
James, Hoyer, Newcomer, & Smiljanich, P.A.
One Urban Centre, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609-2517

Thomas J. Wiegand
Winston & Strawn LLP
35 West Wacker Drive, 45th Floor
Chicago, IL 60601

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG -2 2006

FILED
CLERK'S OFFICE

# *EXHIBIT A*

**PROCHNIAK WEISBERG, P.C.**
**Matthew B. Weisberg**
PA Atty ID: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-7401

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In Re Ameriquest Mortgage Co.<br>Mortgage Lending Practices Litigation | :<br>:<br>: No.: MDL-1715 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT AND MARJORIE LASORSA,<br>INDIVIDUALLY AND AS H/W<br>1334 LIMEKILN PIKE<br>DRESHER, PA 19025<br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE CO.<br>1100 TOWN AND COUNTRY ROAD.<br>ORANGE, CA 92868<br>    and<br>BLS FUNDING CORP.<br>125 JERICO TURNPIKE<br>JERICHO, NY 11753<br>    Defendants. | :<br>:<br>:<br>:<br>: No.: 2:06-CV-944-ER (PAE)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

And now this _____ day of _____, 2006, upon consideration of Plaintiffs' Notice of Opposition, Motion to Vacate Conditional Transfer Order, and Memorandum in Support, and any response thereto, it is hereby ORDERED and DECREED that the Conditional Transfer Order in the above matter is hereby

RECEIVED CLERK'S OFFICE 2006 JUL 31 A 10: 23 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

VACATED, and this matter shall remain with The Eastern District of Pennsylvania.

_____ J.